**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  VANESSA E. DOUGLAS                              Case Number: 04-71315
        1008 7TH AVENUE
        GASDEN, AL  35901                SSN-xxx-xx-6466

                                                    Case filed on:      3/11/2004
                                                    Plan Confirmed on:  5/18/2004

                              D Dismissed

Total funds received and disbursed pursuant to the plan: $6,475.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 211 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | VANESSA E. DOUGLAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICREDIT | 5,550.00 | 5,500.00 | 1,476.72 | 3,204.64 |
|  | Total Secured | 5,550.00 | 5,500.00 | 1,476.72 | 3,204.64 |
| 001 | AMERICREDIT | 3,034.16 | 3,084.16 | 0.00 | 0.00 |
| 002 | ABC CASH N GO | 1,042.86 | 1,042.86 | 0.00 | 0.00 |
| 003 | ALLIANCE ONE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ARROW FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHECK INTO CASH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COTTONWOOD FINANCIAL LTD | 1,534.83 | 1,534.83 | 0.00 | 0.00 |
| 008 | AFNI/VERIZON | 176.99 | 176.99 | 0.00 | 0.00 |
| 009 | NICOR GAS | 560.82 | 560.82 | 0.00 | 0.00 |
| 010 | RISK MANAGEMENT ALTERNATIVES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,349.66 | 6,399.66 | 0.00 | 0.00 |
|  | Grand Total: | 13,263.66 | 13,263.66 | 2,840.72 | 3,204.64 |

Total Paid Claimant:        $6,045.36
Trustee Allowance:          $429.64         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00            discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  11/30/2007          By  /s/Heather M. Fagan